■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SAYLOR, Appellant. — Judgment of resentence, Supreme Court, New York County

(Schwalb, J.), rendered on May 21, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Markewich, Lupiano and Fein, JJ.